**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerome Wayne JOHNSON, a.k.a Jerry Wayne Johnson, Defendant–Appellant.**

**No. 04–12720.**

**D.C. Docket No. 03–00059 CR–MMP.**

United States Court of Appeals, Eleventh Circuit.

July 27, 2005.

Robert Augustus Harper, Jr., Tallahassee, FL, for Defendant–Appellant.

Terry Flynn, U.S. Attorney's Office, E. Bryan Wilson, Tallahassee, FL, Corey J. Smith, Esq., Gainesville, FL, for Plaintiff–Appellee.

Before TJOFLAT, PRYOR and ALARCON,* Circuit Judges.

PER CURIAM.

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

* Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

1. 11th Cir. R. 36–1 provides:
   When the court determines that any of the following circumstances exist:
   (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
   (b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.